*Pro Se Corporation*

**WHISTLEBLOWER DEFAULT JUDGEMENT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Plaintiff(s): Robert W. Johnson

vs.

Defendant(s): Days Inn by Wyndham Syracuse & Indeed

Civil Case No.: 5:22-cv-537 (DNH/ATB)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: **X** JURY ____ COURT (Select **only one**)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 19 2022
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: Robert W. Johnson
   Address: 112 Court St., Apt. 2
   Watertown, NY 13601

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Days Inn by Wyndham Syracuse
   Official Position: Corporation
   Address: 6609 Thompson Rd.
   Syracuse, NY 13206
   315-748-5735

b. Defendant: Indeed
Address: 7501 N. Capital of Texas Hwy
Austin, TX 78731
203-328-2691

Official Position: Corporation

c. Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.  **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I, Robert W. Johnson was denied employment and employee/employer policy records by Days Inn by Wyndham Syracuse and Indeed. All parties are Pro Se Corporation and violated Robert W. Johnson Due Process Rights.

5.   **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

Days Inn by Wyndham Syracuse discriminated against Robert W. Johnson and denied Robert W. Johnson Employee / Employer policy records and Due Process Rights for employee applicants.

**SECOND CAUSE OF ACTION**

Indeed falsified ads and employment and Robert W. Johnson was not afforded policy records, fair hearings and employee incentives for future employment.

**THIRD CAUSE OF ACTION**

Days Inn by Wyndham Syracuse and Indeed violated Pro Se Corporation laws governing potential employees and deny any wrongdoings and or discriminatory practices.

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

$100,000,000.00 for punitive damages; Employment; Sanctions; All other reliefs just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 05/17/2022

*Robert W Johnson*
Robert W Johnson
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010